```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        SOUTHERN DIVISION

UNITED STATES OF AMERICA                              RESPONDENT

VS.                                    CIVIL ACTION NO.  1:05cv502
                                       CRIMINAL NO.  1:04cr26-DCB-JCS

RANDOLPH THOMAS                                        PETITIONER
```

ORDER

This cause is before the Court sua sponte. Having reviewed the petitioner's Motion to Quash [**docket entry no. 44**]dated June 5, 2006, the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the petitioner's motion within thirty (30) days from the date of the entry of this Order.

SO ORDERED, this the 19th day of June, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE