IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                    RESPONDENT

VS.                                        CIVIL ACTION NO.  1:05cv502
                                           CRIMINAL NO.  1:04cr26-DCB-JCS

RANDOLPH THOMAS                                             PETITIONER

<u>FINAL JUDGMENT</u>

This matter having come on to be heard on the petitioner's Motion to Vacate, Set Aside, or Correct his sentence, pursuant to 28 U.S.C. § 2255 [docket entry no. 33], and after a full review of the record, the Court now enters final judgment in favor of the respondents and against the petitioner in this cause. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the petitioner's Motion to Vacate, Set Aside, or Correct his sentence be **DENIED.**

SO ORDERED AND ADJUDGED, this the  30th  day of June, 2006.


                                     s/ David Bramlette
                             UNITED STATES DISTRICT JUDGE